UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00385-MOC

| | |
|---|---|
| **ARTHUR W. MASSEY,** | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on plaintiff's untimely Opposition to Defendant's Motion for Extension of Time. De novo review of the Order granting the Commissioner a brief extension of time reveals that such request and the Order granting such relief are both reasonable and fair. Having considered such opposition as an Objection, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Opposition to Defendant's Motion for Extension of Time (#29), deemed to be an Objection to the court's Order (#28), is overruled.

Signed: July 9, 2013

Max O. Cogburn Jr.
United States District Judge